## STATE OF OREGON,
*Appellant,*

*v.*

## FRANK D. KELLER,
*Respondent.*

(No. 143278, CA 16076)

608 P2d 215

Karen H. Green, Assistant Attorney General, Salem, argued the cause for appellant. With her on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Ronald E. Cinniger, Portland, argued the cause and filed the brief for respondent.

Before Gillette, Presiding Judge, and Roberts and Campbell, Judges, and Tongue, Judge Pro Tempore.

PER CURIAM

## PER CURIAM

The state appeals an order made prior to trial dismissing the charging instrument on the ground that the harassment statute, ORS 166.065(1)(a), upon which the charge is based, is unconstitutional. We have twice ruled to the contrary and decline to reconsider our holding now. *See State v. Keller*, 40 Or App 143, 594 P2d 1250 (1979); *State v. Sallinger*, 11 Or App 592, 504 P2d 1383 (1972).

Reversed and remanded for trial.